# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:21-CR-050-MMD-CSD |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JUSTIN JAMES DOLLIVER, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Justin James Dolliver to the criminal offense, forfeiting the property set forth in the Second Amended Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Justin James Dolliver pled guilty. Criminal Indictment, ECF No. 1; Second Amended Memorandum in Support of Plea, ECF No. 36; Change of Plea, ECF No. 37; Preliminary Order of Forfeiture, ECF No. 38.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 16, 2022, through January 14, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 39-1, p. 5.

1     This Court finds no petition was filed herein by or on behalf of any person or entity
2 and the time for filing such petitions and claims has expired.

3     This Court finds no petitions are pending regarding the property named herein and
4 the time has expired for presenting such petitions.

5     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6 all possessory rights, ownership rights, and all rights, titles, and interests in the property
7 hereinafter described are condemned, forfeited, and vested in the United States under Fed.
8 R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1)
9 and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

10     1. LG V20 cellular telephone, IMEI 359968072183192 (property).

11     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property
12 shall be disposed of according to law.

13     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
14 copies of this Order to all counsel of record.

15     DATED __May 16,_____, 2023.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE